LAW OFFICES OF
# PERRY R. CLARK

825 SAN ANTONIO ROAD
PALO ALTO, CA 94303
TELEPHONE 650 248 5817
FACSIMILE 650 618 8533

March 20, 2013

**BY ELECTRONIC FILING AND HAND DELIVERY**

Hon. Joseph C. Spero
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

       Re:    *Zoove Corp. v. StarPound Corp.*, **11-cv-06131 EJD (JCS)**

Dear Judge Spero,

    I represent the Defendant, StarPound Corporation, in the above captioned patent litigation.

    Pursuant to the Notice of Settlement Conference and Settlement Conference Order (Doc. 55), a settlement conference is scheduled for April 22, 2013.

    I write to respectfully request that the principal of my client, Mr. Barry Brager, be permitted to appear at the parties' meet and confer by telephone. Mr. Brager lives and works in Georgia, where StarPound has its only offices. I will appear at the meet and confer in-person. Both Mr. Brager and I will attend the April 22, 2013 settlement conference in-person.

    I have discussed this request with counsel for the Plaintiff Zoove Corporation and they do not oppose it.

Dated: 3/21/13

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Joseph C. Spero]

Best Regards,

        /S/ *Perry Clark*
        Perry Clark