1 | PERRY R. CLARK, State Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
2 | 825 San Antonio Road
Palo Alto, CA 94303
3 | Telephone: (650) 248-5817
Facsimile: (650) 618-8533
4 | perry@perryclarklaw.com

5 | Attorney for Defendant
STARPOUND CORPORATION

7 | *Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZOOVE CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>STARPOUND CORPORATION, a Georgia corporation,<br><br>        Defendant. | Case No. 5:11-CV-06131 EJD (PSG)<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| STARPOUND CORPORATION, a Georgia corporation,<br><br>        Counter-Claimant,<br><br>  v.<br><br>ZOOVE CORPORATION, a Delaware corporation,<br><br>        Counter-Defendant. | |

WHEREAS, Plaintiff and Counter-Defendant Zoove Corporation ("Zoove") and Defendant and Counter-Claimant StarPound Corporation ("StarPound") have entered into a Patent License and Settlement Agreement dated June 27, 2013;

WHEREAS, Plaintiff and Counter-Defendant Zoove seeks to dismiss with prejudice all claims as asserted by Zoove against StarPound in this action;

WHEREAS, Defendant and Counter-Claimant StarPound seeks to dismiss with prejudice all counterclaims as asserted by StarPound against Zoove in this action;

THEREFORE, Plaintiff and Counter-Defendant Zoove Corporation and Defendant and Counter-Claimant StarPound Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby stipulate and agree to DISMISS this action, including all claims and counterclaims, in its entirety WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: July 12, 2013

By: ___/S/ *Perry R. Clark*___
PERRY R. CLARK, State Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone:  (650) 248-5817
Facsimile:  (650) 618-8533
perry@perryclarklaw.com

Attorney for Defendant and Counter-Claimant
STARPOUND CORPORATION

By: ___/S/ *Winston Liaw*___
KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
WINSTON LIAW - # 273899
wliaw@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:         415 391 5400
Facsimile:          415 397 7188

-2-

JOINT STIPULATION OF DISMISSAL
Case No. 5:11-CV-06131 EJD (PSG)
\\sfappfs1\sv$\minocp\Desktop\2013-7-12 Zoove v  StarPound STIP DIS (Liaw edits).docx

```
                                    BINGHAM MCCUTCHEN LLP
                                    CARLOS PATRICIO MINO # 247022
                                    carlos.mino@bingham.com
                                    1117 S. California Avenue
                                    Palo Alto, CA 94304-1106
                                    Telephone:      650 849 4400

                                    BINGHAM MCCUTCHEN LLP
                                    Andrew B. Ellsworth # 240176
                                    andrew.ellsworth@bingham.com
                                    Three Embarcadero Center
                                    San Francisco, CA  94111-4067
                                    Telephone:      415 393 2000
                                    Attorneys for Plaintiff and Counter-Defendant
                                    ZOOVE CORPORATION
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

    The Clerk shall close this file.

Dated: 7/16/2013

                                            Hon. Edward J. Davila
                                            U.S. District Judge

JOINT STIPULATION OF DISMISSAL
Case No. 5:11-CV-06131 EJD (PSG)
\\sfappfs1\sv$\minocp\Desktop\2013-7-12 Zoove v  StarPound STIP DIS (Liaw edits).docx

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

The undersigned hereby attests to the concurrence in the filing of this document by the above identified signatories of the parties.

Respectfully Submitted,

Dated: July 12, 2013

/s/ *Perry Clark*

Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

-4-

JOINT STIPULATION OF DISMISSAL
Case No. 5:11-CV-06131 EJD (PSG)
\\sfappfs1\sv$\minocp\Desktop\2013-7-12 Zoove v StarPound STIP DIS (Liaw edits).docx