PERRY R. CLARK, State Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
perry@perryclarklaw.com

Attorney for Defendant
STARPOUND CORPORATION

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ZOOVE CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>STARPOUND CORPORATION, a Georgia corporation,<br><br>    Defendant. | Case No. 5:11-CV-06131 EJD (PSG)<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| STARPOUND CORPORATION, a Georgia corporation,<br><br>    Counter-Claimant,<br><br>    v.<br><br>ZOOVE CORPORATION, a Delaware corporation,<br><br>    Counter-Defendant. | |

JOINT STIPULATION OF DISMISSAL
Case No. 5:11-CV-06131 EJD (PSG)
\\sfappfs1\sv$\minocp\Desktop\2013-7-12 Zoove v  StarPound STIP DIS (Liaw edits).docx

1   WHEREAS, Plaintiff and Counter-Defendant Zoove Corporation ("Zoove") and

2 Defendant and Counter-Claimant StarPound Corporation ("StarPound") have entered into a Patent

3 License and Settlement Agreement dated June 27, 2013;

4   WHEREAS, Plaintiff and Counter-Defendant Zoove seeks to dismiss with prejudice all

5 claims as asserted by Zoove against StarPound in this action;

6   WHEREAS, Defendant and Counter-Claimant StarPound seeks to dismiss with prejudice

7 all counterclaims as asserted by StarPound against Zoove in this action;

8   THEREFORE, Plaintiff and Counter-Defendant Zoove Corporation and Defendant and

9 Counter-Claimant StarPound Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby

10 stipulate and agree to DISMISS this action, including all claims and counterclaims, in its entirety

11 WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

13 Dated: July 12, 2013

By:   /S/ *Perry R. Clark*
PERRY R. CLARK, State Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone:  (650) 248-5817
Facsimile:  (650) 618-8533
perry@perryclarklaw.com

Attorney for Defendant and Counter-Claimant
STARPOUND CORPORATION

By:   /S/ *Winston Liaw*
KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
WINSTON LIAW - # 273899
wliaw@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:       415 391 5400
Facsimile:       415 397 7188

-2-

JOINT STIPULATION OF DISMISSAL
Case No. 5:11-CV-06131 EJD (PSG)

1

2   BINGHAM MCCUTCHEN LLP
    CARLOS PATRICIO MINO # 247022
3   carlos.mino@bingham.com
    1117 S. California Avenue
    Palo Alto, CA 94304-1106
4   Telephone:      650 849 4400

5   BINGHAM MCCUTCHEN LLP
    Andrew B. Ellsworth # 240176
6   andrew.ellsworth@bingham.com
    Three Embarcadero Center
    San Francisco, CA  94111-4067
7   Telephone:      415 393 2000
    Attorneys for Plaintiff and Counter-Defendant
8   ZOOVE CORPORATION

9

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

        The Clerk shall close this file.
11

12  Dated:  7/16/2013                                    _____
                                                          Hon. Edward J. Davila
13                                                        U.S. District Judge

14

15

16

17

18

19

20

21

22

23

24

-3-

JOINT STIPULATION OF DISMISSAL
Case No. 5:11-CV-06131 EJD (PSG)
\\sfappfs1\sv$\minocp\Desktop\2013-7-12 Zoove v  StarPound STIP DIS (Liaw edits).docx

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

The undersigned hereby attests to the concurrence in the filing of this document by the above identified signatories of the parties.

Respectfully Submitted,

Dated: July 12, 2013

/s/ *Perry Clark*
Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

-4-

JOINT STIPULATION OF DISMISSAL
Case No. 5:11-CV-06131 EJD (PSG)
\\sfappfs1\sv$\minocp\Desktop\2013-7-12 Zoove v  StarPound STIP DIS (Liaw edits).docx